UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 19-9961 MRW | Date | February 8, 2022 |
| Title | Connie Flores v. Princess Cruise Lines, Ltd. | | |

Present: The Honorable    Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

Proceedings:    **ORDER DISMISSING CASE**

　　　IT IS STIPULATED by and between the parties that this action is dismissed with prejudice to all parties; each party to bear his/her/its own attorneys' fees and costs.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　　vp